## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

        Plaintiff,

v.                                        Case No.: 1:22−cv−02864
                                                  Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 14, 2023:

        MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/14/2023. As stated on the record, the Court sets the following briefing schedule on Defendant Volpone's motion for summary judgment [38] and Plaintiff's motion for partial summary judgment [41]. Responses shall be filed by 7/28/2023. Replies shall be filed by 8/11/2023. Telephonic status hearing set for 8/17/2023 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.