THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Sheila M. Finnegan |
|---|---|

## PLAINTIFF'S LOCAL RULE 56.1(b)(2) RESPONSE TO DEFENDANT VOLPONE'S STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56.1(d), Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Statement of Undisputed Material Facts ("SOF") in support of Plaintiff's Motion for Partial Summary Judgment ("Motion") against Defendants Event Ticket Sales, LLC ("ETS") and Guinio W. Volpone ("Volpone" and, together with ETS, "Defendants").

|   | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 1 | *Fact*: The Amended Complaint first naming defendant Guinio Volpone as a party was filed on September 21, 2022, and asserts causes of action against Volpone for direct, vicarious and contributory copyright infringement under 17 U.S.C. § 501 and for violations of the Digital Millennium Copyright Act under 17 U.S.C. § 1202(b). | *Response*: Admitted. |
|   | *Citation*: Amended Complaint (Doc. #22), Ex. 1, p. 8, ¶ 36; p. 9, ¶ 43; p. 10, ¶ 45; and p. 11, ¶ 50. | *Citation*: |

|   | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 2 | *Fact*: The plaintiff first discovered defendant Volpone's alleged use of his copyrighted photograph on | *Response*: Plaintiff's image tracking service, Pixsy, first logged matches of the Photograph being used at SecureBoxOffice.com and two |

1

| | | |
|---|---|---|
| | defendant Event Ticket Sales LLC's website on June 1, 2019. | subpages at SecureBoxOffice.com on June 1, 2019. Based on information currently available to Plaintiff, Plaintiff first saw the use of the Photograph at the SecureBoxOffice.com URLs on June 8, 2019. Prior to determining whether the uncovered usages were indeed infringements, Plaintiff had to consult his records to determine whether the uses had been authorized by agreement. Plaintiff also had to conduct an analysis to determine whether these uses were otherwise authorized by law, which Plaintiff accomplished at some later date after consultation with qualified intellectual property counsel (and before August 23, 2021, when a demand letter was first sent to ETS). Meanwhile, the infringing uses of the Photograph at Box-OfficeTickets.com and related subpages had not been uncovered by Pixsy. Plaintiff first saw the uses at Box-OfficeTickets.com in January 2020. Plaintiff was able to determine that SecureBoxOffice.com and Box-OfficeTickets.com were in any way affiliated only based on Box-OfficeTickets.com subsequently redirecting automatically to SecureBoxOffice.com. Out of an abundance of caution to ensure that any potential lawsuit was timely with respect to all unauthorized uses of the Photograph, Plaintiff logged June 1, 2019 as the date of first discovery. |
| | *Citation*: Amended Complaint (Doc. #22), Ex. 1, p. 6, ¶ 23<br><br>Plaintiff's Response to Interrogatory No. 1, Ex. 2, p. 4. | *Citation*:<br>Oppenheimer Declaration (Dkt. 43-1), ¶ 25.<br>Pixsy search results (Dkt. 43-3, Dkt. 43-6)<br>Screenshot of usage at BOT URL (Dkt. 43-15; Dkt. 22-4). |

| | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 3 | *Fact*: Defendant Guinio Volpone is the sole principal/owner and decisionmaker of Event Ticket Sales LLC. | *Response*: Admitted. |

|   |   |   |
|---|---|---|
|   | *Citation*: Amended Complaint (Doc. #22), Ex. 1, p. 2, ¶ 4<br><br>Amended Answer to Amended Complaint (Doc. # 36), Ex. 3, p. 2, ¶ 3. | *Citation*: |

|   | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 4 | *Fact*: Defendant Volpone asserts the applicable statute of limitations to the plaintiff's claim as an affirmative defense. | *Response*: Admitted. |
|   | *Citation*: Amended Answer to Amended Complaint (Doc. # 36), Ex. 3, p. 7, ¶ 41. | *Citation*: |

|   | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 5 | *Fact*: The Complaint commencing this action against defendant Event Ticket Sales LLC and "John Does" only was filed on May 31, 2022. | *Response*: Plaintiff admits that the original complaint and jury demand naming Event Ticket Sales LLC and commencing this action was filed on May 31, 2022. In addition to Event Ticket Sales LLC, the Complaint named John Does 1-10 doing business as "SecuredBoxOffice.com" and "Box-OfficeTickets.com" as defendants. These "Doe Defendants" represented any and all other unidentified individuals and other entities involved in the ownership and/or management of the websites SecureBoxOffice.com and Box-OfficeTickets.com |
|   | *Citation*: Complaint (Doc. #1), Ex. 4. | *Citation*: Complaint (Dkt. 1), p. 1. |

|   | **Volpone's (Movant's) Fact** | **Oppenheimer's (Nonmovant's) Response** |
|---|---|---|
| 6 | *Fact*: The plaintiff did not know defendant Volpone's name as the owner of his LLC when this action was commenced. | *Response*: To clarify, Plaintiff did not know defendant Volpone's name as the sole principal/owner and sole decisionmaker of Event Ticket Sales, LLC. |

|  | *Citation*: Complaint (Doc. #1), Ex. 4, p. 2, ¶ 4. | *Citation*: Complaint (Dkt. 1), p. 1. |
|---|---|---|

Dated: July 28, 2023

                                    Respectfully submitted,

                                    DAVID GORDON OPPENHEIMER

                                    By: /s/ Ilya G. Zlatkin
                                    Ilya G. Zlatkin (ARDC No. 6314344)
                                    ZLATKIN WONG
                                    4245 North Knox Avenue
                                    Chicago, Illinois 60641
                                    Email: ilya@zlatkinwong.com
                                    Tel: (312) 809-8022

                                    *Attorney for Plaintiff David Gordon Oppenheimer*