THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                    Plaintiff,<br><br>           v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                    Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Sheila M. Finnegan |

**PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN RESPONSE TO DEFENDANT VOLPONE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(d), Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Statement of Additional Material Facts ("PSAMF") in support of Plaintiff's response to Defendant Guinio W. Volpone's ("Volpone") Motion for Summary Judgment ("Volpone Motion").

    1.    Over his career as a photographer, Oppenheimer has personally created over 20,000 images that he makes available to the public for licensing and for purchasing prints.

- Oppenheimer Decl., Dkt. 43-1, ¶ 17.

    2.    Whenever Oppenheimer's image tracking server returns a list of potential infringements, Oppenheimer personally sifts through the various results.

- Oppenheimer Decl., Dkt. 43-1, ¶ 17.

    3.    As part of Oppenheimer's process of uncovering infringements, Oppenheimer analyzes the image tracking software's results one at a time to determine which results are actual infringements of his work.

- Oppenheimer Decl., Dkt. 43-1, ¶ 17.

1

4. Pixsy, the image tracking software service implemented by Oppenheimer, first found a match of the Photograph being used at https://www.secureboxoffice.com/P/p-816 ("SBO URL"), https://images.box-officetickets.com/artists-min/816.jpg ("Second BOT Image URL"), and https://images.secureboxoffice.com/artists-min/816.jpg ("SBO Image URL") on June 1, 2019.

- Oppenheimer Decl., Dkt. 43-1, ¶ 17.
- Oppenheimer Decl., Ex. B, Dkt. 43-3.

5. Oppenheimer first saw the Pixsy results containing the matches from the SBO URL, the Second BOT URL, and the SBO Image URL on June 8, 2019.

- Oppenheimer Decl., Dkt. 43-1, ¶ 24.
- Oppenheimer Decl., Ex. D, Dkt. 43-5

6. Before determining that an image found by his image tracking service is infringing, Oppenheimer first conducted additional due diligence to determine whether the uses at the various URLs found by Pixsy may have been authorized by agreement or law.

- Oppenheimer Decl., Dkt. 43-1, ¶ 25.

7. The Complaint and the FAC both referenced the Photograph appearing at five separate URLs, which were defined as BOT URL, SBO URL, First BOT Image URL, Second BOT Image URL, and SBO Image URL.

- Complaint, Dkt. 1, ¶ 19.
- FAC, Dkt. 22, ¶ 19.

8. According to the Internet Archive's Wayback Machine, the first capture of the BOT URL occurred on February 26, 2020.

- Complaint, Ex. D (Screen capture of BOT URL), Dkt. 1-4.

9. The BOT URL was not included in the Pixsy search that had found matches at the SBO URL, the Second BOT Image URL, and the SBO Image URL on June 1, 2019.

- Oppenheimer Decl., Ex. B (Pixsy search results), Dkt. 43-3.

10. According to the Internet Archive's Wayback Machine, the first capture of the First BOT Image URL occurred on July 17, 2019.

- Complaint, Ex. F (Image URLs), Dkt. 1-6, at 2–3.
- FAC, Ex. F (Image URLs), Dkt. 22-6, at 2–3.

11. According to the Internet Archive's Wayback Machine, the first capture of the BOT URL occurred on February 26, 2020.

- Complaint, Ex. D (BOT URL), Dkt. 1-4.
- FAC, Ex. D (BOT URL), Dkt. 22-4.

12. According to the Internet Archive's Wayback Machine, the first capture of the use of the Photograph at the URL https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer ("New SBO URL") occurred on February 1, 2023.

- Zlatkin Decl., ¶ 3, Ex. A

13. According to the Internet Archive's Wayback Machine, the first capture of the use of the Photograph at the URL https://res.cloudinary.com/hqyhthn6m/image/upload/banners/performers/816.jpg ("New Source URL") occurred on February 1, 2023.

- Zlatkin Decl., ¶ 3, Ex. B

14. The screenshot of the New SBO URL shows the Steve Miller Band ticket resale listing page appearing in a format similar to that contained at the SBO URL, but it is at a different URL.

- Zlatkin Decl., ¶ 3, Ex. A

- Complaint, Ex. E (SBO URL), Dkt. 1-5

- FAC, Ex. E (SBO URL), Dkt. 22-5

15. The source code for the New SBO URL contained the New Source URL as the source of the image at the New SBO URL.

- Zlatkin Decl., ¶ 3, Ex. C

Dated: July 28, 2023

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: ___/s/ Ilya G. Zlatkin_____
Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Email: ilya@zce.law
Tel: (312) 809-8022

*Attorney for Plaintiff David Gordon Oppenheimer*