THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                 Plaintiff,<br><br>v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                 Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Sheila M. Finnegan |

### DECLARATION OF ILYA G. ZLATKIN

I, Ilya G. Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

1. I am an attorney and represent Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, all Indiana state courts, and the U.S. District Court for the Northern District of Illinois. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

2. This Declaration is submitted to supplement Plaintiff's Statement of Additional Material Facts in Response to Defendant Guinio W. Volpone's Motion for Summary Judgment. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

3. On July 28, 2023, I performed a series of searches of the Internet Archive's Wayback Machine (located at https://archive.org/). I captured the following screenshots, true and correct copies of each of which are attached to this Declaration: (a) Wayback Machine's capture of the URL https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer ("New SBO URL"), as archived to the Wayback Machine on February 1, 2023 (see Ex. A); (b) Wayback

Machine's capture of the URL https://res.cloudinary.com/hqyhthn6m/image/upload/banners/performers/816.jpg ("New Source URL"), as archived to the Wayback Machine on February 1, 2023 (see Ex. B); (c) screenshot of the source code visible for the Wayback Machine's February 1, 2023 capture of the New SBO URL (see Ex. C).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 28, 2023, at Munster, Indiana.

    Respectfully submitted,

    /s/Ilya G. Zlatkin
    Ilya G. Zlatkin
    Zlatkin Cann Entertainment
    4245 N Knox Ave
    Chicago, Il 60641
    (312) 809-8022
    ilya@zce.law

    *Counsel for Plaintiff David Gordon Oppenheimer*