# EXHIBIT A

Please don't scroll past this. The Internet Archive is growing, powered by a community of readers like you. The average donation is $27. If everyone reading this gave $5, we'd be done in an hour. We're a nonprofit powered by donations averaging about $27. Join the one in a thousand users that support us financially—if our resources are useful to you, please pitch in.

2 captures
1 Feb 2023 - 6 Apr 2023

We are a resale marketplace. This site is not owned by any venue. Prices may be above or below face value.

**SecureBoxOffice.com**

Concerts  Theatre  Sports  Cities



# Steve Miller Band Tickets

Home / Concert / Rock / Steve Miller Band

## Local events near  Please, select a location

Sort by

There are no events nearby. Please select a new location.

### All events

| | | | |
|---|---|---|---|
| **Mar 23, 2023** | **Steve Miller Band** | | **Tickets** |
| Thu - 8:00PM | Ruth Eckerd Hall - Clearwater, FL | | |
| **Mar 26, 2023** | **Steve Miller Band** | | **Tickets** |
| Sun - 7:00PM | Pompano Beach Amphitheatre - Pompano Beach, FL | | |
| **Jun 22, 2023** | **Steve Miller Band** | | **Tickets** |
| Thu - 8:00PM | Wolf Trap Farm - Vienna, VA | | |
| **Sep 21, 2023** | **Steve Miller Band** | | **Tickets** |
| Thu - 8:00PM | YouTube Theater - Inglewood, CA | | |
| **Sep 22, 2023** | **Steve Miller Band** | | **Tickets** |
| Fri - 8:00PM | Greek Theatre - Berkeley - Berkeley, CA | | |

## Popular Concerts

Bono

The Art Laboe Connection

Giant Rooks

Puzzle

Blue October

Honeymoon Suite

## Ticket Information

Every order is backed by our buyer guarantee. All tickets will arrive before your event, and compensation is given for any canceled event.

We are a resale marketplace and not owned by any venue. Prices may be above face value.

We are a resale marketplace. This site is not owned by any venue. Prices may be above or below face value.

About Us   Contact Us   Buyer Guarantee   FAQs   Privacy   Terms

Subscribe



© Copyright 2022 - SecureBoxOffice **

