# EXHIBIT B

Case: 1:22-cv-02864 Document #: 49-3 Filed: 07/29/23 Page 2 of 2 PageID #:419

