# EXHIBIT C



SecureBoxOffice | Steve Miller Ba

web.archive.org/web/20230201015918/https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer

Please don't scroll past this. The Internet Archive (which runs the Wayback Machine) is a nonprofit, powered by donations averaging about $27. Join the one in a thousand users that support us financially—if our resources are useful to you, please pitch in.

Can You Chip In? (USD)
$5 $27 $50 $100

https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer   Go

JAN | FEB 01 | APR
2022 | 2023 | 2024

2 captures
1 Feb 2023 - 6 Apr 2023

About this capture

We are a resale marketplace. This site is not owned by any venue. Prices may be above or below face value.

SecureBoxOffice.com

Search by artist, team, event or venue

Concerts    Theatre    Sports    Cities



# Steve Miller Band Tickets

Home / Concert / Rock / Steve Miller Band

## Local events near ♦ Please, select a l

Sort by

There are no events nearby. Please select a new location.

## All events

Mar 23, 2023 Steve Miller Band                                      Tickets
Thu - 8:00PM Ruth Eckerd Hall - Clearwater, FL

Mar 26, 2023 Steve Miller Band                                      Tickets
Sun - 7:00PM Pompano Beach Amphitheatre - Pompano Beach, FL

Jun 22, 2023 Steve Miller Band                                      Tickets
Thu - 8:00PM Wolf Trap Farm - Vienna, VA

## Popular Concerts

Bono

The Art Laboe Connection

Giant Rooks

Puzzle

Blue October

Honeymoon Suite

## Ticket

Elements   Console   Sources   Network   Performance   Memory   Application   Security

Styles   Computed   Layout



```html
<meta property="type" content="website">
<meta property="og:title" content="SecureBoxOffice | Steve Miller Band Tickets">
<meta property="og:description" content="SecureBoxOffice is the best website to search tickets. Find events you love, list all ticket sites, see seat locations and get the best deals on tickets.">
<meta property="og:image" itemprop="image" content="https://web.archive.org/web/20230201015918im_/https://res.cloudinary.com/hqyhthn6m/image/upload/banners/performers/816.jpg"> == $0
<meta property="og:image:alt" content="Steve Miller Band">
<meta property="og:url" content="https://web.archive.org/web/20230201015918/https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer">
<meta name="twitter:card" content="summary_large_image">
<meta name="theme-color" content="#000000">
<link rel="dns-prefetch" href="https://web.archive.org/web/20230201015918/https://res.cloudinary.com/">
<link rel="dns-prefetch" href="https://web.archive.org/web/20230201015918/https://googletagmanager.com/">
<link rel="dns-prefetch" href="https://web.archive.org/web/20230201015918/https://shopperapproved.com/">
<link rel="dns-prefetch" href="https://web.archive.org/web/20230201015918/https://secure.trust-guard.com/">
<link rel="canonical" href="https://web.archive.org/web/20230201015918/https://www.secureboxo
```

html   head   meta

```
element.style {
}

meta    user agent stylesheet
{
    display: none;
}

Inherited from html1

html   app-71beacf...css?vsn=d:3
1 {
    line-height: 1.15;
    -webkit-text-size-adjust: 100%;
}
```

margin — border — padding — auto×auto

https://res.cloudinary.com/hqyhthn6m/image/upload/banners/performers/816.jpg     1 of 2     Cancel

Console   What's New   Search

Highlights from the Chrome 115 update



### New CSS subgrid badge
Enable the subgrid badge to inspect and debug nested grid in the Elements panel.

### Ignore content scripts by default
The debugger will automatically ignore content scripts injected by extensions.

### Shortcut to set conditional breakpoints
Set a conditional breakpoint quicker using the Control / Command + click keyboard shortcut in the Sources panel.

Learn more    Close

Ctrl+M

77°F Rain

        

9:13 PM
7/28/2023

