# EXHIBIT B

# PIXSY

- DASHBOARD
- MATCHES
- MATCHES BETA
- IMAGES
- CASES
- TAKEDOWNS
- REGISTER
- HELP

box-officetickets

Search for name, country, category…

## 1 match
on 1 page

SORT MOST COMMERCIAL

ACCURACY  ● HIGH   ● MEDIUM   ● LOW

VIEW



39 MATCHES

**FIRST SEEN**
June 1, 2019

**COUNTRY**
United States

**CATEGORY**
Sports & Hobbies

**PAGE TITLE**
Steve Miller Band at Allen Event Center - Secure Box Office

**PAGE URL**
https://www.secureboxoffice.com/E/e-3437129/v-8181

**IMAGE URLS: 2 OF 2**
https://images.box-officetickets.com/artists-min/816.jpg

https://images.secureboxoffice.com/artists-min/816.jpg

HIDE URLS

🔍 TAKE ACTION

🚩 FLAG

✕ IGNORE

DO

Blog   Academy   Terms of Use   Privacy Policy   Domain logos provided by Clearbit