# EXHIBIT D



**secureboxoffice Properties**

General | Sharing | Security | Previous Versions | Customize

secureboxoffice

Type: File folder
Location: D:\2019 Infringements
Size: 5.06 MB (5,316,127 bytes)
Size on disk: 5.16 MB (5,419,008 bytes)
Contains: 53 Files, 2 Folders
Created: Saturday, June 8, 2019, 7:51:57 AM
Attributes: ☑ Read-only (Only applies to files in folder)
☐ Hidden   Advanced...

OK   Cancel   Apply