# EXHIBIT E





