# EXHIBIT F













