THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                    Plaintiff,<br><br>          v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                    Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Sheila M. Finnegan |

## DECLARATION OF DAVID GORDON OPPENHEIMER

I, David Gordon Oppenheimer, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness, I could and would testify as follows:

2. I am the Plaintiff in the above-captioned action, and I make this Declaration in support of my Motion for Partial Summary Judgment against Defendants Event Ticket Sales, LLC ("ETS") and Guinio W. Volpone ("Volpone" and, together with ETS, "Defendants").

3. As I indicated in my declaration dated July 10, 2023 ("First Declaration") (Dkt. 43-1), I use the award-winning image tracking service Pixsy. I imported the photograph at issue in this case ("Photograph") into Pixsy on December 28, 2017, as part of a bulk import. The screenshot that had been submitted as Exhibit B of the First Declaration was a screen capture of the results returned by Pixsy. I caused the capture of the screenshot seen as Exhibit B of the First Declaration on July 7, 2023.

4. As the screenshot of the Pixsy results shows, June 1, 2019 was the first time that Pixsy first logged the uses of the Photograph at the following URLs:

    a. https://www.secureboxoffice.com/E/e-3437129/v-8181

    b. https://images.box-officetickets.com/artists-min/816.jpg

    c. https://images.secureboxoffice.com/artists-min/816.jpg

5. When I first see a use that may be infringing on my rights (whether through Pixsy or otherwise), it is my custom and practice to cause the capture of screenshots of such uses on the Internet Archive's Wayback Machine (located at https://archive.org/) for evidentiary purposes. I do this in addition to the other procedures that I have addressed in my First Declaration.

6. Because Pixsy identified only the URLs identified above as using the Photograph, on June 8, 2019, when I first noticed the Pixsy results (as addressed in the First Declaration), I cause the capture of the screenshots of the uses at the above three URLs using the Internet Archive's Wayback Machine.

7. Despite several reverse image searches and Pixsy searches of the Photograph, it was not until February 26, 2020 when I first became aware of the infringing display at the URL:

    a. https://www.box-officetickets.com/P/p-816

8. The Internet Archive's Wayback Machine shows only a single capture of the following URL, which single capture occurred on February 26, 2020. I caused the Internet Archive's sole capture of the URL https://www.box-officetickets.com/P/p-816 on February 26, 2020, because that is the date when I first saw usage of the Photograph at such URL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of August, 2023, at Asheville, North Carolina.

_[signature]_
DAVID G. OPPENHEIMER