IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID G. OPPENHEIMER, | 1:22-cv-02864 |
| Plaintiff, | |
| | DEFENDANT'S **SUPPLEMENTED** RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS |
| v. | |
| EVENT TICKET SALES LLC; and GUINIO VOLPONE, | |
| Defendants. | |

Defendant Guinio Volpone responds additionally as follows in bold to the plaintiff's Statement of Additional Material Facts (Doc. 49):

1. Over his career as a photographer, Oppenheimer has personally created over 20,000 images that he makes available to the public for licensing and for purchasing prints.

- Oppenheimer Decl, Dkt. 43-1, ¶ 17.

RESPONSE: Objection, immaterial.

2. Whenever Oppenheimer's image tracking server returns a list of potential infringements, Oppenheimer personally sifts through the various results.

- Oppenheimer Decl, Dkt. 43-1, ¶ 17.

RESPONSE: Objection, immaterial.

3. As part of Oppenheimer's process of uncovering infringements, Oppenheimer analyzes the image tracking software's results one at a time to determine which results are actual infringements of his work.

- Oppenheimer Decl, Dkt. 43-1, ¶ 17.

RESPONSE: Objection, immaterial.

4. Pixsy, the image tracking software service implemented by Oppenheimer, first found a match of the Photograph being used at https://www.secureboxoffice.com/P/p-816 ("SBO URL"), https://images.box-officetickets.com/artists-min/816.jpg ("Second BOT Image URL"), and https://images.secureboxoffice.com/artists-min/816.jpg ("SBO Image URL") on June 1, 2019.

- Oppenheimer Decl, Dkt. 43-1, ¶ 17.
- Oppenheimer Decl, Ex. B, Dkt. 43-3.

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**.

5. Oppenheimer first saw the Pixsy results containing the matches from the SBO URL, the Second BOT URL, and the SBO Image URL on June 8, 2019.

- Oppenheimer Decl, Dkt. 43-1, ¶ 24.
- Oppenheimer Decl, Ex. D, Dkt. 43-5

RESPONSE: Admitted.

6. Before determining that an image found by his image tracking service is infringing, Oppenheimer first conducted additional due diligence to determine whether the uses at the various URLs found by Pixsy may have been authorized by agreement or law.

- Oppenheimer Deck, Dkt. 43-1, ¶ 25.

RESPONSE: Objection, immaterial.

7. The Complaint and the FAC both referenced the Photograph appearing at five separate URLs, which were defined as BOT URL, SBO URL, First BOT Image URL, Second BOT Image URL, and SBO Image URL.

- Complaint, Dkt. 1, ¶ 19.
- FAC, Dkt. 22, ¶ 19.

RESPONSE: Admitted.

8. According to the Internet Archive's Wayback Machine, the first capture of the BOT URL occurred on February 26, 2020.

- Complaint, Ex. D (Screen capture of BOT URL), Dkt. 1-4.

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**.

9. The BOT URL was not included in the Pixsy search that had found matches at the SBO URL, the Second BOT Image URL, and the SBO Image URL on June 1, 2019.

- Oppenheimer Decl., Ex. B (Pixsy search results), Dkt. 43-3.

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**. Also immaterial.

10. According to the Internet Archive's Wayback Machine, the first capture of the First BOT Image URL occurred on July 17, 2019.

- Complaint, Ex. F (Image URLs), Dkt. 1-6, at 2-3.
- FAC, Ex. F (Image URLs), Dkt. 22-6, at 2-3.

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence.

4

It is hearsay **and lacks proper authentication**. Also lacking in evidentiary support.

11. According to the Internet Archive's Wayback Machine, the first capture of the BOT URL occurred on February 26, 2020.

- Complaint, Ex. D (BOT URL), Dkt. 1-4.
- FAC, Ex. D (BOT URL), Dkt. 22-4.

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**. Also lacking in evidentiary support.

12. According to the Internet Archive's Wayback Machine, the first capture of the use of the Photograph at the URL https://www.secureboxoffice.com/steve-miller-band-tickets-816/performer ("New SBO URL") occurred on February 1, 2023.

- Zlatkin Decl., ¶ 3, Ex. A

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**. Also lacking in evidentiary support.

13. According to the Internet Archive's Wayback Machine, the first capture of the use of the Photograph at the URL https://res.cloudinary.com/hqyhthn6m/image/upload/banners/performers/816.jpg ("New Source URL") occurred on February 1, 2023.

- Zlatkin Decl, ¶ 3, Ex. B

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**. Also immaterial and lacking in evidentiary support.

14. The screenshot of the New SBO URL shows the Steve Miller Band ticket resale listing page appearing in a format similar to that contained at the SBO URL, but it is at a different URL.
- Zlatkin Decl, ¶ 3, Ex. A
- Complaint, Ex. E (SBO URL), Dkt. 1-5
- FAC, Ex. E (SBO URL), Dkt. 22-5

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay **and lacks proper authentication**.

15. The source code for the New SBO URL contained the New Source URL as the source of the image at the New SBO URL.

6

- Zlatkin Decl, ¶ 3, Ex. C

RESPONSE: Objection. This exhibit cannot be presented in a form admissible in evidence. It is hearsay, **lacks proper authentication,** and would lack **other necessary** foundation. Also immaterial and lacking in evidentiary support.

                          GUINIO VOLPONE,
                          Defendant.

By /s/Andrew J. Hilger
    Andrew J. Hilger #20624 (NE)
    LAW OFFICE OF ANDREW J. HILGER
    5170 Leavenworth Street
    Omaha, Nebraska 68106
    (402) 551-2500
    (402) 551-2502 (facsimile)
    Andrew@ajhilger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2023, I electronically filed the foregoing Defendant's Response to Plaintiff's Statement of Additional Facts with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Ilya G. Zlatkin, Attorney for Plaintiff.

                          /s/ Andrew J. Hilger
                          Attorney for Defendant