IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID G. OPPENHEIMER, | ) | |
| | ) | 1:22-cv-02864 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | UNOPPOSED |
| | ) | MOTION |
| | ) | FOR |
| EVENT TICKET SALES LLC; and | ) | LEAVE TO FILE |
| GUINIO VOLPONE, | ) | SURREPLY BRIEF |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Guinio Volpone moves for an order granting leave to file a surreply brief within 14 days to the plaintiff's brief in opposition (Doc. 47) to Volpone's motion for summary judgment. Counsel for the plaintiff is not opposed to the granting of this motion and agreed not to oppose in exchange for the undersigned's written consent to the plaintiff's filing of a second amended complaint. That consent has been given.

Although the undersigned stated to the Court at the last telephonic status hearing his belief that additional briefing upon the cross-motions for summary judgment would not be necessary from the second amendment of the complaint, the undersigned prefers the opportunity to supplement his arguments in his reply brief (Doc. 53) in view of the pending second amended complaint's expanded factual allegations sent to the undersigned counsel last week.

        GUINIO VOLPONE,
        Defendant.


By  /s/Andrew J. Hilger
    Andrew J. Hilger #20624 (NE)
    LAW OFFICE OF ANDREW J. HILGER
    5170 Leavenworth Street
    Omaha, Nebraska  68106
    (402) 551-2500
    (402) 551-2502 (facsimile)
    Andrew@ajhilger.com


## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Ilya G. Zlatkin, Attorney for Plaintiff.


        /s/ Andrew J. Hilger
        Attorney for Defendants