THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                       Plaintiff,<br><br>                v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                      Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Sheila M. Finnegan |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (UNOPPOSED)

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") respectfully moves for leave to file a Second Amended Complaint ("SAC"). Pursuant to the Court's instruction, Plaintiff attaches to this motion a copy of the proposed SAC, along with Exhibit H, which is the only new exhibit referenced in the SAC that had not been included in Plaintiff's First Amended Complaint previously filed in this case on September 21, 2022 ("FAC"). For the Court's convenience, Plaintiff also attaches a redline comparison of the changes in the SAC relative to the FAC. Plaintiff's counsel provided Defendants' counsel with an opportunity to review the redline comparing the FAC to the proposed SAC, and Defendants' counsel indicated that Defendants' counsel was not opposed to the filing of the SAC. Defendants' counsel did indicate that Defendants' counsel wanted to file a sur-reply to support Defendant Guinio Volpone's motion for summary judgment. Plaintiff is not opposed to the filing of a sur-reply by Defendant Volpone, as set forth in Volpone's motion for leave to file the sur-reply. [Dkt. 58].

Dated: September 7, 2023

                Respectfully submitted,

                DAVID GORDON OPPENHEIMER

                By:    /s/ Ilya G. Zlatkin
                Ilya G. Zlatkin
                ZLATKIN CANN ENTERTAINMENT
                4245 North Knox Avenue
                Chicago, Illinois 60641
                Email: ilya@zce.law
                Tel: (312) 809-8022

                *Attorney for Plaintiff David Gordon Oppenheimer*