# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-135-500**

**Effective date of registration:**

October 1, 2012

---

**Title**

- Title of Work: Festival Travel and Event Photography by David Gordon Oppenheimer
- Previous or Alternative Title: Unpublished Photographs Taken in 2012

**Completion/Publication**

- Year of Completion: 2012

**Author**

- Author: David Gordon Oppenheimer
- Author Created: photograph(s)
- Work made for hire: No
- Citizen of: United States
- Domiciled in: United States
- Year Born: 1970

**Copyright claimant**

- Copyright Claimant: David Gordon Oppenheimer
  P.O. Box 8105, Asheville, NC, 28814, United States

**Rights and Permissions**

- Organization Name: Performance Impressions LLC
- Name: David Gordon Oppenheimer
- Email: dave@performanceimpressions.com
- Telephone: 828-273-9339
- Address: P.O. Box 8105
  Asheville, NC 28814 United States

**Certification**

- Name: David Gordon Oppenheimer
- Date: October 1, 2012

Page 1 of 2

**Correspondence:** Yes



**Registration #:** VAU001135500
**Service Request #:** 1-830881552

David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States