# EXHIBIT F

9:01 













