# EXHIBIT G

LAW OFFICE OF

# ANDREW J. HILGER

5170 LEAVENWORTH STREET
OMAHA, NEBRASKA 68106
(402) 551-2500
FAX (402) 551-2502
Andrew@AJHILGER.COM

Also admitted in California and Nevada

September 10, 2021

Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, Illinois 60641

Re: Copyright Infringement Claim/David Oppenheimer

Dear Mr. Zlatkin:

Please be advised I represent the company owning and operating Secureboxoffice.com.

I am in receipt of your correspondence dated August 23, 2021, asserting copyright infringement.

The photograph does not appear protectable by copyright. It is a photograph taken during a stage performance. It is not an original work in its rendition, timing, or creation of the subject.

The demands outlined in your correspondence are declined.

Very truly yours,

Andrew J. Hilger