# EXHIBIT H

Please don't scroll past this. The Internet Archive (which runs the Wayback Machine) is a nonprofit, powered by donations averaging about $27. Join the one in a thousand users that support us financially—if our resources are useful to you, please pitch in.

Yesterday our 5-for-1 Matching Gift campaign raised $76,576.

Can You Chip In? (USD)
$5  $27  $50  $100

2 captures
1 Feb 2023 - 6 Apr 2023

We are a resale marketplace. This site is not owned by any venue. Prices may be above or below face value.

## SecureBoxOffice.com

Search by artist, team, event or venue

Concerts | Theatre | Sports | Cities



# Steve Miller Band Tickets

Home / Concert / Rock / Steve Miller Band

**Local events near** 📍 **Please, select a location**

Sort by

There are no events nearby. Please select a new location.

### All events

| Mar 23, 2023 | Steve Miller Band | Tickets |
| Thu - 8:00PM | Ruth Eckerd Hall - Clearwater, FL | |

| Mar 26, 2023 | Steve Miller Band | Tickets |
| Sun - 7:00PM | Pompano Beach Amphitheatre - Pompano Beach, FL | |

| Jun 22, 2023 | Steve Miller Band | Tickets |
| Thu - 8:00PM | Wolf Trap Farm - Vienna, VA | |

| Sep 21, 2023 | Steve Miller Band | Tickets |
| Thu - 8:00PM | YouTube Theater - Inglewood, CA | |

| Sep 22, 2023 | Steve Miller Band | Tickets |
| Fri - 8:00PM | Greek Theatre - Berkeley - Berkeley, CA | |

### Popular Concerts

Bono

The Art Laboe Connection

Giant Rooks

Puzzle

Blue October

Honeymoon Suite

### Ticket Information

Every order is backed by our buyer guarantee. All tickets will arrive before your event, and compensation is given for any canceled event.

We are a resale marketplace and not owned by any venue. Prices may be above face value.

We are a resale marketplace. This site is not owned by any venue. Prices may be above or below face value.

About Us | Contact Us | Buyer Guarantee | FAQs | Privacy | Terms

Subscribe

© Copyright 2022 - SecureBoxOffice **

Case: 1:22-cv-02864 Document #: 60-8 Filed: 10/26/23 Page 3 of 4 PageID #:577







