UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer
                                     Plaintiff,

v.                                                       Case No.: 1:22−cv−02864
                                                                Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/26/2023. Plaintiff's motion for leave to file second amended complaint (unopposed) [59] is granted. Plaintiff shall file the second amended complaint attached to the motion as a separate entry on the docket within 24 hours. As discussed on the record, Defendant's unopposed motion for leave to file sur−reply brief [58] is granted. Defendant shall file their sur−reply by 11/13/2023. The parties confirm their belief that no additional supplement or amendment of the summary judgment briefing will be necessitated by the filing of the second amended complaint. Telephonic status hearing set for 1/9/2024 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.