IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID G. OPPENHEIMER, | ) | |
| | ) | 1:22-cv-02864 |
| Plaintiff, | ) | |
| | ) | **SURREPLY** |
| | ) | MEMORANDUM OF LAW |
| v. | ) | IN SUPPORT OF |
| | ) | MOTION |
| | ) | FOR |
| EVENT TICKET SALES LLC; and | ) | SUMMARY JUDGMENT |
| GUINIO VOLPONE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The plaintiff's factual assertions regarding when the alleged infringements appeared on defendant ETS's websites are all based upon screenshots from the Internet Archive Wayback Machine and Pixsy websites. *Plaintiff's Statement of Additional Facts,* ¶¶ 4, 8, 10, 11, 12, 13 (Doc. 49). The plaintiff attempts to authenticate these screenshots through the affidavit of the plaintiff or his counsel. *Id.*

    Defendant Volpone objects to consideration of these screenshots submitted in opposition to his motion based in part on authentication grounds. *Defendant Volpone's Supplemented Response to Plaintiff's Statement of Additional Facts*, ¶¶ 4, 8, 9, 10, 11, 12, 13, 14 (Doc. 55).

    The defendants similarly object to consideration of the screenshots from these third-party websites in opposing the plaintiff's motion for summary judgment. *Defendants' Supplemented Response to Plaintiff's Statement of Facts*, ¶¶ 17, 19, 21, 35, 37 (Doc. 56).

    Screenshots from the Internet Archive offered upon a motion for summary judgment may be authenticated only by a statement or affidavit from a representative of the Internet

Archive with personal knowledge of the contents of the website. *Specht v. Google Inc.*, 758 F. Supp.2d 570, 580 (N.D.Ill 2010)(citations omitted) *aff'd,* 747 F.3d 929, 933 (7th Cir 2014). This evidentiary requirement should apply equally to screenshots from the third-party Pixsy website. The Court should accordingly exclude all of these screenshots from consideration upon either motion.

                    GUINIO VOLPONE,
                    Defendant.

By /s/Andrew J. Hilger
Andrew J. Hilger #20624 (NE)
LAW OFFICE OF ANDREW J. HILGER
5170 Leavenworth Street
Omaha, Nebraska 68106
(402) 551-2500
(402) 551-2502 (facsimile)
Andrew@ajhilger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2023, I electronically filed the foregoing memorandum with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Ilya G. Zlatkin, Attorney for Plaintiff.

                    /s/ Andrew J. Hilger
                    Attorney for Defendant