**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRCT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| EVENT TICKET SALES, LLC and JOHN DOES ) | |
| 1-10 doing business as "SecureBoxOffice.com" and ) | Case No. 1:22-cv-02864 |
| "Box-OfficeTickets.com", ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW DAWN M. GONZALEZ
AS COUNSEL OF RECORD FOR DEFENDANT, EVENT TICKET SALES, LLC**

Defendant Event Ticket Sales, LLC, by one of its attorneys, Dawn M. Gonzalez, move for leave to withdraw Attorney Dawn M. Gonzalez's appearance as one of the attorneys of record for Defendant Event Ticket Sales, LLC, and in support thereof, state as follows:

1. Attorney Dawn M. Gonzalez filed her appearance as local counsel for Defendant Event Ticket Sales, LLC on September 16, 2022. [Doc. #18]. Attorney Dawn M. Gonzalez will be leaving the practice of law effective February 1, 2024.

2. Defendant Event Ticket Sales, LLC will continue to be represented by lead counsel, Andrew Hilger, as well as local counsel Matthew Stephens.

WHEREFORE, Defendant Event Ticket Sales, LLC respectfully request that this Court grant its motion and allow Dawn M. Gonzalez to withdraw her appearance from this case.

             EVENT TICKET SALES, LLC.

            By: /s/ Dawn M. Gonzalez
             One of their attorneys

Dawn M. Gonzalez
Stone & Johnson, Chtd.
111 West Washington, Suite 1800
Chicago, Illinois 60602
Phone: (312) 332-5656
DGonzalez@stonejohnsonlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 25, 2024, I electronically filed Defendant's Motion to Withdraw Dawn M. Gonzalez as counsel of record with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following participants:

**Attorney for David G. Oppenheimer**
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Phone: 312-809-8022
Fax: 312-809-6918
ilya@zlatkinwong.com

**Attorney for Event Ticket Sales LLC and Guinio Volpone**
Andrew J. Hilger
Law Office of Andrew J. Hilger
5170 Leavenworth Street
Omaha, Nebraska 68106
Phone: 402-551-2500
Fax: 402-551-2502
Andrew@ajhilger.com

                              EVENT TICKET SALES, LLC.

                              By: /s/ Dawn M. Gonzalez
                                   One of their attorneys

Dawn M. Gonzalez
Stone & Johnson, Chtd.
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
DGonzalez@stonejohnsonlaw.com