## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

David Gordon Oppenheimer

                                    Plaintiff,

v.                                                      Case No.: 1:22−cv−02864
                                                        Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

     MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 1/22/2025 is stricken. Written ruling on the parties' cross−motions for summary judgment [38], [41] to follow by separate order. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.