**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Gordon Oppenheimer
                        Plaintiff,

v.                                          Case No.: 1:22−cv−02864
                                                             Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motion for summary [38] is granted in part and denied in part. Claims arising out of Defendants' 2019 uses of the Photograph cannot be asserted against Defendant because they are barred by the statute of limitations, and Defendants' motion for summary judgment is granted as to those claims. The motion is otherwise denied. In addition, Plaintiff 9;s motion for partial summary judgment [41] is granted in part and denied in part. Plaintiff's failure to authenticate his only evidence of infringement creates a genuine dispute of fact that precludes summary judgment as to liability. However, Plaintiff is entitled to summary judgment as to Defendants' challenged affirmative defenses. Telephonic status hearing set for 4/22/2025 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.