IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRCT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| EVENT TICKET SALES, LLC and JOHN DOES ) | |
| 1-10 doing business as "SecureBoxOffice.com" and ) | Case No. 1:22-cv-02864 |
| "Box-OfficeTickets.com", ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO SUBSTITUTE**

THE law firm of JOHNSON, STEPHENS & ROSS LLC, and moves this Honorable Court for leave to substitute their Appearance on behalf of Defendant EVENT TICKET SALES, LLC, in lieu of the law firm of STONE AND JOHNSON CHARTERED, and attach hereto the executed Substitution of Attorneys.

Respectfully submitted,
**JOHNSON, STEPHENS & ROSS LLC**

By: /s/ Matthew B. Stephens
One of the Attorneys for Defendant

Matthew B Stephens ARDC #6256728
Johnson, Stephens & Ross LLC
101 North Wacker Drive Suite 613
Chicago IL 60606
773-350-7532
Mstephens@jsr.law