IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRCT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| EVENT TICKET SALES, LLC and JOHN DOES ) | |
| 1-10 doing business as "SecureBoxOffice.com" and ) | Case No. 1:22-cv-02864 |
| "Box-OfficeTickets.com", ) | |
| ) | |
| Defendants. ) | |
| Defendants ) | |

## SUBSTITUTION OF COUNSEL

We hereby withdraw our appearance as counsel for Defendant EVENT TICKET SALES, LLC in the above-entitled cause of action.

STONE & JOHNSON, CHARTERED

By: /s/ *Matthew B. Stephens*
Matthew B. Stephens

We hereby enter our appearance as attorneys for Defendant EVENT TICKET SALES, LLC, in the above-entitled cause of action.

JOHNSON, STEPHENS & ROSS LLC

By: /s/ *Matthew B. Stephens*
Matthew B. Stephens

Matthew B Stephens #6256728
Johnson, Stephens & Ross LLC
101 North Wacker Drive Suite 613
Chicago IL 60606
773-350-7532
Mstephens@jsr.law