**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRCT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DAVID GORDON OPPENHEIMER,       )<br>                                                                )<br>                             Plaintiff,    )<br>                                                                )<br>EVENT TICKET SALES, LLC and JOHN DOES )<br>1-10 doing business as "SecureBoxOffice.com" and )<br>"Box-OfficeTickets.com",                          )<br>                                                                )<br>                             Defendants.    )<br>              Defendants                    ) | Case No. 1:22-cv-02864 |

**ORDER OF SUBSTITUTION**

IT IS HEREBY ORDERED that the law firm of STONE & JOHNSON, CHTD is given leave to withdraw as the attorneys for the Defendant, EVENT TICKET SALES, LLC, and the law firm of JOHNSON, STEPHENS & ROSS LLC is given leave to appear for said Defendant.

**STONE & JOHNSON, CHTD.**                                 **_____, 2025**
**Attorneys for Defendant**
**111 West Washington, Suite 1800**          **ENTER:**
**Chicago, Illinois 60602**                                  _____
**Phone:  (312) 332-5656**                                              **J U D G E**