THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>      Plaintiff,<br><br>   v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>      Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood |

## PLAINTIFF'S REQUEST FOR TRIAL BAR COUNSEL WAIVER

  Plaintiff David Gordon Oppenheimer ("Plaintiff") respectfully requests, pursuant to Northern District of Illinois Local Rule 83.12(d), that this Court grant an exception to the trial bar requirement set forth in Local Rule 83.12(b). A written request from Plaintiff is attached hereto as Exhibit A.

  Dated: April 22, 2025

                Respectfully submitted,

                ZLATKIN CANN ENTERTAINMENT

                By:  /s/ Ilya G. Zlatkin
                Ilya G. Zlatkin (ARDC No. 6314344)
                4245 North Knox Avenue
                Chicago, Illinois 60641
                Email: ilya@zce.law
                Tel: (312) 809-8022

                *Attorney for Plaintiff David Gordon Oppenheimer*