# Exhibit A

Honorable Andrea R. Wood
U.S. District Court Judge
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

April 22, 2025

Re: *Oppenheimer v. Event Ticket Sales, LLC, et al.*, No. 22-cv-2864 (N.D. Ill.)

Dear Judge Wood:

As you are aware, I, David Gordon Oppenheimer, am the plaintiff in the above-referenced action. Trial on this matter is in the process of being scheduled. My attorney of record in this case is Ilya G. Zlatkin of Zlatkin Cann Entertainment. Mr. Zlatkin is a member of the general bar in the Northern District of Illinois.

Pursuant to Northern District of Illinois Local Rule 83.12(d), I respectfully request that the Court grant an exception to the requirement that a member of the trial bar in the Northern District of Illinois appear on my behalf at trial.

Good cause for granting such an exception exists. Mr. Zlatkin has been practicing law for over 11 years, and his practice focuses specifically on entertainment law and intellectual property matters. He has represented me throughout the pendency of this case. Furthermore, he has represented me in various matters since 2019, including with respect to other suits that I have filed in the Northern District of Illinois to enforce my copyrights in my works.

Given my counsel's experience with the legal aspects of the litigation and with the particulars of my matter, it would be inefficient and costly for me to pay for a member of the trial bar who is unfamiliar with this case to appear at trial.

If you require further information, I will be happy to provide it.

Best regards,

David Gordon Oppenheimer