# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer

                                  Plaintiff,

v.                                                      Case No.: 1:22−cv−02864
                                                           Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: By agreement of the parties, jury trial set for 8/25/2025 at 9:00 AM. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.