## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer

                Plaintiff,

v.                                    Case No.: 1:22–cv–02864

                                    Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 5/29/2025. As stated on the record, Plaintiff's request for trial bar counsel waiver [81] is granted. The jury trial of this matter has been set for 8/25/2025. A final pretrial conference is set for 8/15/2025 at 1:30 P.M. The joint pretrial order containing the information listed on the Court's website shall be filed by 7/17/2025. Motions in limine shall be filed by 7/17/2025. Responses to motions in limine shall be filed by 8/1/2025. Replies to motions in limine shall be filed by 8/8/2025. By 6/26/2025, the parties shall file a joint status report setting forth any progress towards settlement. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.