THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                              Plaintiff,<br><br>                      v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                             Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood |

**<u>JOINT REPORT AS TO STATUS OF PROGRESS OF SETTLEMENT DISCUSSIONS</u>**

        Pursuant to the Court's minute entry dated May 29, 2025 [Dkt. 84], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Event Ticket Sales, LLC ("ETS") and Guinio W. Volpone (together with ETS, "Defendants") submit this Joint Report:

        1.        The parties' respective counsel have been in contact with each other and their respective clients as to settlement positions.

        2.        No meaningful progress has been made as to potential settlement of this case.

        3.        The parties will continue discussions and will inform the Court if any further progress is made.

        4.        In the meantime, the parties also intend to proceed in accordance with the schedule set by the Court.

Dated: June 26, 2025

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DAVID GORDON OPPENHEIMER | EVENT TICKET SALES, LLC and GUINIO W. VOLPONE |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>Zlatkin Cann Entertainment<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: /s/ Andrew J. Hilger (*with permission*)<br>Andrew J. Hilger<br>Law Office of Andrew J. Hilger<br>5170 Leavenworth Street<br>Omaha, Nebraska 68106<br>Tel: (402) 551-2500<br>andrew@ajhilger.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |