THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                Plaintiff,<br><br>v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>                Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood |

**JOINT REPORT AS TO STATUS OF PROGRESS OF SETTLEMENT DISCUSSIONS**

      Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Event Ticket Sales, LLC ("ETS") and Guinio W. Volpone (together with ETS, "Defendants") submit this Joint Notice of Settlement:

      1.      The parties have reached a settlement in principle.

      2.      The parties are currently in the process of finalizing a settlement agreement.

      3.      The parties request that the Court suspend upcoming deadlines and the jury trial currently scheduled for the week of August 25, 2025.

      4.      After the parties have fully effected the terms of the settlement agreement, the parties will file a joint stipulation dismissing this case with prejudice. In the meantime, the parties request that the Court maintain this action, so that the Court can retain jurisdiction.

Dated: July 17, 2025

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: /s/ ILYA G. ZLATKIN
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff*

Respectfully submitted,

EVENT TICKET SALES, LLC and GUINIO W. VOLPONE

By: _____
Andrew J. Hilger
Law Office of Andrew J. Hilger
5170 Leavenworth Street
Omaha, Nebraska 68106
Tel: (402) 551-2500
andrew@ajhilger.com

*Attorney for Defendants*