**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Gordon Oppenheimer
                              Plaintiff,

v.                                                          Case No.: 1:22−cv−02864
                                                           Honorable Andrea R. Wood

Event Ticket Sales, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' most recent joint report as to status of progress of settlement discussions [86], in which they state that they have reached a settlement in principle. Based on this representation, the Court grants the parties' request to vacate the jury trial scheduled for 8/25/2025. In addition, the pretrial schedule set on 5/29/2025 [84] is stricken. Instead, by 8/11/2025, the parties shall file either a stipulation of dismissal or a short status report regarding their progress toward doing so, including a firm date by which a stipulation of dismissal will be filed. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.