# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>    Plaintiff,<br><br>  v.<br><br>Event Ticket Sales, LLC and<br>Guinio W. Volpone,<br><br>    Defendants. | Case No. 1:22-cv-02864<br><br>Dist. Judge Andrea R. Wood |

## JOINT STATUS REPORT

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Event Ticket Sales, LLC ("ETS") and Guinio W. Volpone (together with ETS, "Defendants") submit this Joint Status Report:

1. The parties have finalized the terms of their settlement agreement in writing.

2. As of the date of this status report, the parties are still in the process of performing their respective obligations under the settlement agreement.

3. The parties anticipate that all obligations under the settlement agreement will be completed within thirty (30) days of this status report.

4. After the parties have fully effected the terms of the settlement agreement, the parties will file a joint stipulation dismissing this case with prejudice. In the meantime, the parties request that the Court maintain this action, so that the Court can retain jurisdiction.

Dated: August 11, 2025

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DAVID GORDON OPPENHEIMER | EVENT TICKET SALES, LLC and GUINIO W. VOLPONE |
| By: */s/ Ilya G. Zlatkin* <br> Ilya G. Zlatkin <br> Zlatkin Cann Entertainment <br> 4245 North Knox Avenue <br> Chicago, Illinois 60641 <br> Tel: (312) 809-8022 <br> ilya@zce.law | By: */s/ Andrew J. Hilger* (*with permission*) <br> Andrew J. Hilger <br> Law Office of Andrew J. Hilger <br> 5170 Leavenworth Street <br> Omaha, Nebraska 68106 <br> Tel: (402) 551-2500 <br> andrew@ajhilger.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |