## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) Case No: 1:22-cv-02864 |
| v. | ) Dist. Judge Andrea R. Wood |
| Event Ticket Sales, LLC and Guinio W. Volpone, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendants Event Ticket Sales, LLC and Guinio W. Volpone, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: August 14, 2025

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: */s/ Ilya G. Zlatkin*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff*

Respectfully submitted,

EVENT TICKET SALES, LLC and GUINIO W. VOLPONE

By: */s/ Andrew J. Hilger* (*with permission*)
Andrew J. Hilger
Law Office of Andrew J. Hilger
5170 Leavenworth Street
Omaha, Nebraska 68106
Tel: (402) 551-2500
andrew@ajhilger.com

*Attorney for Defendants*